

## U.S. Department of Justice
## Tax Division

*Trial Attorney: Kari D. Larson*  
*Telephone: (202) 307-6572*  
*Facsimile: (202) 307-0054*  
*kari.d.larson@usdoj.gov*

*Civil Trial Section, Western Region*  
*P.O. Box 683*　　　　　　*For Overnight Mail:*  
*Ben Franklin Station*　　　*555 4th Street, N.W., Room 7227*  
*Washington, D.C. 20044*　*Washington, D.C. 20001*

JAD:RRW:KDLarson  
5-82-12589  
CMN 2010101170

April 5, 2011

**VIA FIRST CLASS MAIL**  
The Honorable Marsha J. Pechman  
United States District Court Judge  
United States District Court  
Western District of Washington  
700 Stewart Street  
Suite 2310  
Seattle, WA 98101



Re:　*Marcos Patrizio Casa-Beaux v. United States*  
　　Case No. 09-1863-MJP (USDC WD Washington)

The Honorable Judge Pechman:

　　I am counsel for the United States in the above-captioned case. I am writing to notify the Court of the status of my state bar membership. I recently determined that, in July 2009, I erroneously changed my Minnesota bar status from active to inactive believing that active status was only required if I intended to practice law within the state. During the time my status was inactive, I remained compliant with my continuing legal education requirements as well as my obligation to pay bar dues. Upon my request, the Minnesota bar reinstated me to active status on February 25, 2011.

　　I acknowledge that in appearing before and filing documents with this Court, I represented myself as a properly barred attorney authorized to practice law. I am submitting this notice to correct that representation, which I believed to be accurate at the time it was made. I do not believe and the United States does not believe that my inactive status had any material effect on this case. However, I am notifying the Court of my situation out of an abundance of caution and out of the utmost duty of candor to the Court. I am also providing a copy of this letter to the parties of record.

///

///

**09-CV-01863-NTC**

6624279.1

Please feel free to call me if you have any questions or concerns. I can be reached at (202) 307-6572.

Sincerely,

KARI D. LARSON
Trial Attorney
Civil Trial Section, Western Region

cc: John A. Sterbick
1010 South "I" Street
Suite 303
Tacoma, WA 98405
Attorney for Marcos Patrizio Casa-Beaux

Jenny A. Durkan, United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street
Suite 5220
Seattle, WA 98101-1271

6624279.1